DECEMBER 3, 2002

No. 02–7659.  KING *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.  ■